■ Ava Geddis, Appellant, v City of New York et al., Defendants, and Consumers Distributing, Respondent. [654 NYS2d 322] —Appeal by the plaintiff from an order of the Supreme Court, Kings County (Jackson, J.), dated September 26, 1995.

Ordered that the order is affirmed, with costs, for reasons stated by Justice Jackson at the Supreme Court. Thompson, J. P., Santucci, Friedmann and Luciano, JJ., concur.